UNITED STATES of America,
Plaintiff–Appellee

v.

Cesar Leonel MIRELES–VARGAS,
Defendant–Appellant.

No. 15–40907
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

---

PER CURIAM: *

Appealing the judgment in a criminal case, Cesar Leonel Mireles–Vargas raises an argument that is foreclosed by *United States v. Morales–Mota,* 704 F.3d 410, 412 (5th Cir.2013). In *Morales–Mota,* 704 F.3d at 412, we rejected the argument that the Texas offense of "burglary of a habitation" is broader than the generic, contemporary definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because Texas law defines the "owner" of a habitation as a person with "a greater right to possession of the property than the actor." Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

